JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 928 -- In re Catfish/Catfish Products Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/03/04 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-6) -- Filed by pltfs. Lemoyne Cold Storage, Inc.; State Fish Distributors, Inc.; Rose's Wholesale Seafood, Inc. and Farmhouse Food Distributors, Inc. -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF MISSISSIPPI - SUGGESTED TRANSFEREE JUDGE: HON. GLEN H. DAVIDSON -- w/Exhibits and cert. of svc. (rh) |
| 92/03/11 | 2 | NOTICE OF RELATED ACTION -- Filed by pltf. Randle Trout Distributors, Inc. (Randle Trout Distributors, Inc. v. Country Skillet Catfish Company, et al., W.D. Wash., #C92-360) -- w/Exhibit A and cert. of svc. (rh) |
| 92/03/16 | | APPEARANCES -- MICHAEL J. FREED, ESQ. for Levy World Limited Partnership; ANN C. YAHNER, ESQ. for Roses's Wholesales Seafood, Inc.; VANCE K. OPPERMAN, ESQ. for State Fish Distributors, Inc.; ARNOLD LEVIN, ESQ. for Farm House Food Distributors, Inc.; DIANNE M. NAST, ESQ. for Lemoyne Cold Storage, Inc. d/b/a Lemoyne Frozen Food Center; ROBERT FLEISHMAN, ESQ. for Delta Pride Catfish, Inc. and Fishland, Inc.; JOHN D. FRENCH, ESQ. for Farm Fresh Catfish Company; FRED C. DELONG, JR., ESQ. for Magnolia Processing, Inc.; MARK F. ENENBACH, ESQ. for Country Skillet Catfish Co.; WARREN RUBIN, ESQ. for American Seafood, Inc. and FRANK W. TRAPP, ESQ. for Simmons Farm Raised Catfish, Inc. (rh) |
| 92/03/16 | 3 | RESPONSE, MEMORANDUM -- (to pldg. #1) Filed by pltfs. American Seafood, Inc. and Levy World Limited Partnership -- w/Exhibit A and cert. of svc. (rh) |
| 92/03/23 | 4 | INTERESTED PARTY RESPONSE -- (to pldg. #1) Filed by pltf. Randle Trout Distributors, Inc. -- w/Exhibit A and cert. of svc. (rh) |
| 92/03/24 | 5 | RESPONSE -- (to pldg. #1) Filed by Deft. Farm Fresh Catfish Company -- w/cert. of svc. (rh) |
| 92/03/24 | 6 | SUPPLEMENTAL RESPONSE -- (to pldg. #3) Filed by pltfs. American Seafood, Inc. and Levy World Limited Partnership -- w/Exhibit A and cert. of svc. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 928 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/03/24 | 7 | RESPONSE -- (to pldg. #1) Filed by Deft. Country Skillet Catfish Company, Inc. -- w/cert. of svc. (rh) |
| 92/03/24 | 8 | RESPONSE, MEMORANDUM -- (to pldg. #1) Filed by Defts. Delta Pride Catfish, Inc.; Fishland, Inc.; Magnolia Processing, Inc. and Simmons Farm Raised Catfish, Inc. -- w/Exhibits 1-6 and cert. of svc. (rh) |
| 92/03/27 | 9 | INTERESTED PARTY RESPONSE -- (to pldg. #1) Filed by pltf. Robert Orr-Sysco Food Services Company -- w/Exhibit A and cert. of svc. (rh) |
| 92/03/30 | 10 | REPLY -- Filed by Pltfs. Lemoyne Cold Storage, Inc.; State Fish Distributors, Inc.; Rose's Wholesale Seafood, Inc. and Farm House Food Distributors, Inc. -- w/Exhibits A-E and cert. of svc. (rh) |
| 92/04/15 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Santa Fe, New Mexico on May 29, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/05/08 | 11 | INTERESTED PARTY RESPONSE -- (to pldg.#1) filed by pltf. J&M Foods, Inc. -- w/Exhibit A and cert. of svc. (kac) |
| 92/05/11 | 12 | SUBSEQUENT INFORMATION -- filed by pltfs. American Seafood, Inc. and Levy World Limited Partnership -- w/cert. of svc. (kac) |
| 92/05/26 |  | HEARING APPEARANCES (for Panel Hearing on May 29, 1992, in Santa Fe, New Mexico) -- VANCE K. OPPERMAN, ESQ. for State Fish Distributors, Inc.; Rose's Wholesale Seafood, Inc.; Farm House Food Distributors, Inc.; Lemoyne Cold Storage, Inc.; Robert Orr-Sysco Food Services Co.; J & M Foods, Inc.; Randle Trout Distributors, Inc.; ROBERT FLEISHMAN, ESQ. for Delta Pride Catfish, Inc.; and Fishland, Inc.; MARK F. ENENBACH, ESQ. for Country Skillet Catfish Co.; JOHN D. FRENCH, ESQ. for Farm Fresh Catfish Co.; WARREN RUBIN, ESQ. for American Seafood, Inc.; Levy World Limited Partnership (bas) |

JPML FORM 1A

p.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 928 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/05/26 | | WAIVERS OF ORAL ARGUMENT (for Panel Hearing on May 29, 1992, in Santa Fe, New Mexico) -- Rose's Wholesale Seafood, Inc.; Lemoyne Cold Storage, Inc., d/b/a Lemoyne Frozen Food Center; and Farm House, Food Distributors, Inc.; Magnolia Processing, Inc.; Simmons Farm Raised Catfish, Inc. (bas) |
| 92/06/25 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Glen H. Davidson  (ds) |
| 92/06/25 | | TRANSFER ORDER -- transferring A-1 and A-2 to the Northern District of Mississippi for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 92/07/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-7) Randle Trout Distributers, Inc. v. Country Skillet Catfish Company, et al., W.D. Washington, C.A. No. 2:92-CV-360 -- Notified involved counsel and judges  (kac) |
| 92/07/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-7 Randle Trout Distributors, Inc. v. Country Skillet Catfish Company, et al., W.D. Washington, C.A. No. 92-CV-360 -- Notified involved judges and clerks (rh) |
| 92/08/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 American Seafood, Inc., et al. v. Southern Pride Catfish Co., Inc., E.D. Pennsylvania, C.A. No. 2:92-CV-3082 -- Notified involved judges and counsel (leg) |
| 92/09/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 American Seafood, Inc., et al. v. Southern Pride Catfish Co., Inc., E.D. Pennsylvania, C.A. No. 2:92-CV-3082 -- Notified involved clerks and judges (kac) |
| 92/09/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-10 Copper Cellar Corporation v. Delta Pride Catfish Incorporated, et al., E.D. Tennessee, C.A. No. 3-92-0621 -- Notified involved judges and counsel (nng) |

JPML FORM 1A

p. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 928 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/10/09 | 13 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by **pltfs. in B-10 Copper Cellar Corporation** v. Delta Pride Catfish Incorporated, et al., E.D. Tennessee, C.A. No. 3:92-0621 -- Notified involved counsel and judges (nng) |
| 92/10/23 | 14 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (re: pldg.#13) Filed by Pltf. Copper Cellar Corp. in (B-10) Copper Cellar Corp. v. Delta Pride Catfish Inc., et al., E.D. Tenn., C.A. No. 3:92-0621 -- w/cert. of svc. (lg) |
| 92/10/27 | 15 | REQUEST FOR EXPEDITED HEARING -- (re: pldg.#13) Filed by Pltf. Copper Cellar Corp. w/cert. of svc. (lg) |
| 92/10/29 |  | CONDITIONAL TRANSFER FILED TODAY -- B-11 Schwegmann Giant Supermarket v. Delta Pride Catfish, Inc., et al., C.A. 2:92-CV-2919 - Notified involved judges and counsel (nng) |
| 92/11/05 | 16 | RESPONSE, MEMORANDUM -- (to pldg. #14) Filed by Defts. Delta Pride Catfish Inc.; Farm Fresh Catfish Co.; Simmons Farm Raised Catfish Inc. and Sam Hinote -- w/Exhibits A-F and cert of svc. (nng) |
| 92/11/12 | 17 | RESPONSE -- (to pldg. 14) Filed by Deft. Country Skillet Catfish Company - w/cert of svc. (nng) |
| 92/11/13 | 18 | RESPONSE, MEMORANDUM -- (re: pldg.#14) Filed by Mississippi Pltfs. w/cert. of svc. (lg) |
| 92/11/16 |  | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(B-11)** Schwegmann Giant Supermarket v. Delta Pride Catfish, Inc., et al., E.D. Louisiana, C.A. No. 2:92-CV-2919 -- Notified involved judges and clerks (lg) |

JPML FORM 1A

p.5

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 928 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/11/20 | 19 | JOINDER TO PLDG. #17 -- Filed by Deft. Farm Fresh Catfish Co. -- w/cert. of svc. (lg) |
| 92/12/01 | 20 | JOINDER TO PLDG. #17 -- Filed by Deft. Sam Hinote -- w/cert of svc. (nng) |
| 92/12/07 | 21 | JOINDER TO PLDG. #17 -- Filed by Deft. Simmons Farm Raised Catfish, Inc. -- w/cert of svc. (nng) |
| 92/12/16 |  | HEARING ORDER -- Setting following opposition for hearing on 1/29/93 in Fort Myers, Fla. - Copper Cellar Corp. v. Delta Pride Catfish, Inc., et al., E.D. Tenn., 3:92-0621 - Notified involved counsel, judges & clerks (lg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 928 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CATFISH ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 29, 1992 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 25, 1992 | TO | Unpublished | N.D. Miss. | Glen H. Davidson | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 928 -- In re Catfish/Catfish Products Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | American Seafood, Inc., etc. v. Magnolia Processing, Inc. d/b/a Pride of the Pond, et al. | Pa.,E. Hutton | 92-CV-1030 | 6/25/92 | 2:92-CV-113 | | |
| A-2 | Levy World Limited Partnership v. Magnolia Processing, Inc. d/b/a Pride of the Pond, et al. | Pa.,E. Hutton | 92-CV-1086 | 6/25/92 | 2:92-CV-114 | | |
| A-3 | Rose's Wholesale Seafood, Inc. v. Magnolia Processing, Inc., et al. | Miss.,N. Davidson | 2:92-CV-026-D-O | | | D-6/17/92 | |
| A-4 | State Fish Distributors, Inc. v. Magnolia Processing, Inc., et al. | Miss.,N. Davidson | 2:92-CV-020-D-O | | | | |
| A-5 | Farm House Food Distributors, Inc. v. Magnolia Processing, Inc., et al. | Miss.,N. Davidson | 2:92-CV-030-D-O | | | | |
| A-6 | Lemoyne Cold Storage, Inc. d/b/a Lemoyne Frozen Food Center v. Magnolia Processing, Inc. d/b/a Pride of the Pond, et al. | Miss.,N. Davidson | 2:92-CV-031-D-O | | | D-8/31/92 | |
| B-7 | Randle Trout Distributors, Inc. v. Country Skillet Catfish Company, et al. 7/7/92 | Wash.,W. Dimmick | 92-CV-360 | 7-23-92 | 2:92-CV-122 | | |
| B-8 | American Seafood, Inc., et al. v. Southern Pride Catfish Co., Inc. 9/?/92 | Pa.,E. Hutton | 2:92-CV-3082 | 9/?/92 | 2:92-CV-115 | | |
| XYZ-9 | Robert Orr-Sysco Food Services Co. v. Country Skillet Catfish Co., et al. | Miss.N. Davidson | 2:92-CV-44 | | | D-4/8/93 | |
| | Sept. 1990  4 TR/5 XYZ/4 pending | | | | | | |
| B-10 | Copper Cellar Coporation v. Delta Pride Catfish Incorporated, et al. opposed 10/9/92 | Tenn.,E Jordon | 3-92-0621 | 2-2-93 | 2:93CV-28 | D-5/17/93 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 928 -- In re Catfish/Catfish Products Antitrust Litigation

====================================================================

AMERICAN SEAFOOD, INC. (A-1)
Warren Rubin, Esq.
Gross & Metzger, P.C.
1500 Walnut St., Sixth Floor
Philadelphia, PA  19107

LEVY WORLD LIMITED PARTNERSHIP
  (A-2)
Michael J. Freed, Esq.
Much Shelist Freed Denenberg &
  Ament, P.C.
200 North LaSalle St.
Suite 2100
Chicago, IL  60601-1095

ROSES'S WHOLESALE SEAFOOD, INC.
  (A-3)
Ann C. Yahner, Esq.
Cohen, Milstein, Hausfeld & Toll
1401 New York Ave., NW
Suite 600
Washington, DC  20005

STATE FISH DISTRIBUTORS, INC. (A-4)
Vance K. Opperman, Esq.
Opperman Heins & Paquin
100 Washington Ave., South
Suite 2200, Washington Square
Minneapolis, MN  55401

FARM HOUSE FOOD DISTRIBUTORS, INC.
  (A-5)
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
320 Walnut St., Suite 600
Philadelphia, PA  19106

LEMOYNE COLD STORAGE, INC. D/B/A
  LEMOYNE FROZEN FOOD CENTER (A-6)
Dianne M. Nast, Exq.
Kohn, Nast & Graf, P.C.
2400 One Reading Center
1101 Market St.
Philadelphia, PA  19107

COUNTRY SKILLET CATFISH CO.
Mark F. Enenbach, Esq.
McGrath, North, Mullin &
  Kratz, P.C.
One Central Park Plaza
222 South Fifteenth St.
Omaha, NE  68102

DELTA PRIDE CATFISH, INC.
FISHLAND, INC.
Robert Fleishman, Esq.
Steptoe & Johnson
1330 Connecticut Ave., NW
Washington, DC  20036

FARM FRESH CATFISH COMPANY
John D. French, Esq.
Faegre & Benson
2200 Norwest Center
90 South Seventh St.
Minneapolis, MN  55402-3901

MAGNOLIA PROCESSING, INC.
Fred C. DeLong, Jr., Esq.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS  38702-1856

SIMMONS FARM RAISED CATFISH, INC.
Frank W. Trapp, Esq.
Phelps Dunbar
2829 Lakeland Drive, Suite 1400
P.O. Box 55507
Jackson, MS  39296-5507

RANDLE TROUT DISTRIBUTORS, INC.
  (B-7)
Lynn Lincoln Sarko, Esq.
Keller Rohback
1201 Third Avenue
Suite 3200
Seattle, WA  98101

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 928 -- In re Catfish/Catfish Products Antitrust Litigation

===================================================================

Donald E. Hacker, Jr., Esq.
Ernest Crawford Matthews, IV, Esq.
Hacker Mathews, P.C.
1301 Fifth Ave.
Suite 3500
Seattle, WA  98101

AMERICAN SEAFOOD, INC., ET AL.
 (B-8)
Warren Rubin, Esq.
(Already Listed)

Michael J. Freed, Esq.
(Already Listed)

SOUTHERN PRIDE CATFISH CO., INC.
  (Deft. in B-8)
Stephen D. Brown, Esq.
Dechert, Price & Rhoads
1717 Arch St.
4000 Bell Atlantic Tower
Philadelphia, PA  19103-2793

COPPER CELLAR CORPORATION (B-10)
Gordon Ball, Esq.
Suite 750, Nations Bank Center
550 W. Main Avenue
Knoxville, TN  37902

Don Barrett Esq.
P.O. Drawer 631
Lexington, MS  39095

Robert E. Couhig, Jr. Esq.
4500 One Shell Square
New Orleans, LA  70139

SAM HINOTE
JOSEPH GLOVER, JR. (DEFT. B-10)
Unable to determine counsel or address

SCHWEGMANN GIANT SUPERMARKET (B-11)
Robert Emmet Couhig, Jr., Esq.
Michael G. Crow, Esq.
Adams & Reese
4500 One Shell Square
New Orleans, LA  70139

Richard O. Kingrea, Esq.
B. Troy Villa, Esq.
Adams & Reese
451 Florida Street
Premier Tower, 19th Floor
Baton Rouge, LA  70801

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 928 -- In re Catfish/Catfish Products Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Magnolia Processing, Inc. d/b/a Pride of the Pond | A-1 thru A-6, B-7 |
| Delta Pride Catfish, Inc. (d/b/a Fishland and Crystal Creek) | A-1 thru A-6, B-7, B-10, B-11 |
| Simmons Farm Raised Catfish, Inc. | A-1 thru A-6, B-7, B-10, B-11 |
| Farm Fresh Catfish Company | A-1 thru A-6, B-7, B-10, B-11 |
| Fishland, Inc. | A-1 thru A-5, B-11 |
| Country Skillet Catfish Company, Inc. | A-1 thru A-6, B-7, B-10, B-11 |
| Southern Pride Catfish Co., Inc. | B-8, B-10, B-11 |
| Sam Hinote | B-10, B-11 |
| Joseph Glover, Jr. | B-10, B-11 |
| | |